United States District Court
Southern District of Texas
**ENTERED**
October 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CR ACTION NO. 2:25-CR-00492 |
| § | |
| JONATHAN LEE MARTINEZ § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b)(1)(A); and

(2) The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

The evidence against the defendant meets the probable cause standard and the weight of the evidence is strong. The evidence in this case indicates the defendant was involved in a lengthy drug trafficking conspiracy. The evidence further indicates the defendant was not compliant with officers when they executed a search warrant at his residence and may have destroyed evidence or drugs. Additionally, the defendant is

currently on state bond and has not been compliant with his conditions of release.  The state probation office is in the process of submitting a report indicating the defendant was non-compliant with location monitoring, curfew, and urinalysis testing. Additionally, the defendant tested positive for drugs while on state bond. The defendant has a significant substance abuse history. He is a poor candidate for bond.   The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on October 30, 2025.

Jason B. Libby
United States Magistrate Judge